UNITED STATES DISTRICT COURT WESTERN
DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CARLOS ALFREDO MARTINEZ,<br><br>                    Petitioner,<br><br>v.<br><br>EMILY FRANCES MARTINEZ,<br><br>                    Respondent. | No. 2:25-cv-01375-TL<br><br>RESPONDENT'S ANSWER |

## I.     INTRODUCTION

COMES NOW, Respondent. Emily Frances Martinez (referred to as "Respondent") by and through her counsel of record, and by way of Answer to Petitioner, Carlos Alfredo Martinez ("Petitioner"), Petition to Return Child to Japan, admits, denies, and alleges as follows:

## I.     PREAMBLE

1. Respondent denies paragraph 1.

2. Respondent does not have sufficient information to admit or deny paragraph 2 so Respondent denies paragraph 2 of Petitioner's Petition.

RESPONDENT'S ANSWER,

Page 1 of 11

**ENRIGHT LAW APC**
14205 SE 36th Street Suite 100
Bellevue, WA 98006
(425) 463-5777

3. Respondent does not have sufficient information to admit or deny paragraph 3 so Respondent denies paragraph 3 of Petitioner's Petition.

4. Respondent does not have sufficient information to admit or deny paragraph 4 so Respondent denies paragraph 4 of Petitioner's Petition.

5. Respondent denies paragraph 5.

6. Respondent denies paragraph 6.

## II. JURISDICTION AND VENUE

7. Respondent admits paragraph 7.

8. Respondent denies paragraph 8.

## III. FACTS

9. Respondent denies paragraph 9.

10. Respondent admits paragraph 10.

11. Respondent admits paragraph 11.

12. Respondent admits paragraph 12.

13. Respondent denies paragraph 13.

a. **INITIAL INTEREST IN JAPAN (2022-2024)**

14. Respondent admits paragraph 14.

15. Respondent admits paragraph 15.

16. Respondent admits paragraph 16.

17. Respondent admits paragraph 17.

18. Respondent denies paragraph 18.

19. Respondent admits paragraph 19.

20. Respondent denies paragraph 20.

21. Respondent denies paragraph 21.

22. Respondent denies paragraph 22.

23. Respondent denies paragraph 23.

24. Respondent denies paragraph 24.

RESPONDENT'S ANSWER,

Page 2 of 11

**ENRIGHT LAW APC**
14205 SE 36th Street Suite 100
Bellevue, WA 98006
(425) 463-5777

**ENRIGHT LAW APC**
14205 SE 36th Street Suite 100
Bellevue, WA 98006
(425) 463-5777

25. Respondent denies paragraph 25.

26. Respondent denies paragraph 26.

27. Respondent denies paragraph 27.

b. **PREPARATION FOR RELOCATION (SEPTEMBER-DECEMBER 2024)**

28. Respondent does not have sufficient information to admit or deny paragraph 28 so Respondent denies paragraph 28 of Petitioner's Petition.

29. Respondent denies paragraph 29.

30. Respondent admits paragraph 30.

31. Respondent admits paragraph 31.

32. Respondent admits paragraph 32.

33. Respondent admits paragraph 33.

34. Respondent denies paragraph 34.

c. **RELOCATION TO JAPAN (JANUARY-PRESENT)**

35. Respondent admits paragraph 35.

36. Respondent admits paragraph 36.

37. Respondent does not have sufficient information to admit or deny paragraph 37 so Respondent denies paragraph 37 of Petitioner's Petition.

38. Respondent denies paragraph 38.

39. Respondent denies paragraph 39.

40. Respondent denies paragraph 40.

41. Respondent admits paragraph 41.

42. Respondent admits paragraph 42.

43. Respondent does not have sufficient information to admit or deny paragraph 43 so Respondent denies paragraph 43 of Petitioner's Petition.

44. Respondent denies paragraph 44.

45. Respondent denies paragraph 45.

RESPONDENT'S ANSWER,

Page 3 of 11

**ENRIGHT LAW APC**
14205 SE 36th Street Suite 100
Bellevue, WA 98006
(425) 463-5777

46. Respondent denies paragraph 46.

47. Respondent does not have sufficient information to admit or deny paragraph 47 so Respondent denies paragraph 47 of Petitioner's Petition.

48. Respondent admits paragraph 48.

49. Respondent admits paragraph 49.

50. Respondent admits paragraph 50.

51. Respondent denies paragraph 51.

52. Respondent admits paragraph 52.

53. Respondent denies paragraph 53.

54. Respondent denies paragraph 54.

55. Respondent admits paragraph 55.

56. Respondent denies paragraph 56.

57. Respondent denies paragraph 57.

58. Respondent denies paragraph 58.

59. Respondent admits paragraph 59.

60. Respondent admits paragraph 60.

61. Respondent admits paragraph 61.

62. Respondent denies paragraph 62.

d. **FAMILY INTEGRATION INTO JAPANESE LIFE**

63. Respondent denies paragraph 63.

64. Respondent denies paragraph 64.

65. Respondent denies paragraph 65.

66. Respondent denies paragraph 66.

67. Respondent denies paragraph 67.

68. Respondent denies paragraph 68.

RESPONDENT'S ANSWER,

Page 4 of 11

**ENRIGHT LAW APC**
14205 SE 36th Street Suite 100
Bellevue, WA 98006
(425) 463-5777

e. **HEALTHCARE ESTABLISHMENT FOR E.M.M**

69. Respondent denies paragraph 69.
70. Respondent admits paragraph 70.
71. Respondent denies paragraph 71.
72. Respondent admits paragraph 72.
73. Respondent denies paragraph 73.
74. Respondent denies paragraph 74.
75. Respondent denies paragraph 75.

f. **RESPONDENT'S INTEGRATION INTO HER NEW HOME**

76. Respondent denies paragraph 76.
77. Respondent denies paragraph 77.
78. Respondent denies paragraph 78.
79. Respondent denies paragraph 79.
80. Respondent denies paragraph 80.
81. Respondent denies paragraph 81.

g. **LONG-TERM PLANS (3-4 YEAR HORIZON AND BEYOND)**

82. Respondent denies paragraph 82.
83. Respondent denies paragraph 83.
84. Respondent denies paragraph 84.
85. Respondent denies paragraph 85.
86. Respondent denies paragraph 86.
87. Respondent denies paragraph 87.
88. Respondent admits paragraph 88.
89. Respondent denies paragraph 89.
90. Respondent denies paragraph 90.

RESPONDENT'S ANSWER,

Page 5 of 11

**ENRIGHT LAW APC**
14205 SE 36th Street Suite 100
Bellevue, WA 98006
(425) 463-5777

91. Respondent denies paragraph 91.

92. Respondent does not have sufficient information to admit or deny paragraph 92 so Respondent denies paragraph 92 of Petitioner's Petition.

93. Respondent denies paragraph 93.

94. Respondent denies paragraph 94.

95. Respondent does not have sufficient information to admit or deny paragraph 95 so Respondent denies paragraph 95 of Petitioner's Petition.

96. Respondent denies paragraph 96.

h. **RESPONDENT'S INFIDENLITY AND SUBSEQUNET REMOVAL SCHEME**

97. Respondent denies paragraph 97.

98. Respondent denies paragraph 98.

99. Respondent denies paragraph 99.

100. Respondent denies paragraph 100.

101. Respondent denies paragraph 101.

102. Respondent admits paragraph 102.

103. Respondent admits paragraph 103.

104. Respondent does not have sufficient information to admit or deny paragraph 104 so Respondent denies paragraph 104 of Petitioner's Petition.

105. Respondent does not have sufficient information to admit or deny paragraph 105 so Respondent denies paragraph 105 of Petitioner's Petition.

106. Respondent does not have sufficient information to admit or deny paragraph 106 so Respondent denies paragraph 106 of Petitioner's Petition.

107. Respondent denies paragraph 107.

IV. **WONGFUL REMOVAL AND RETENTION OF CHILD BY RESPONDENT: CLAIM FOR RELIEF UNDER THE HAUGE CONVENTION**

108. Respondent denies paragraph 108.

RESPONDENT'S ANSWER,

Page 6 of 11

ENRIGHT LAW APC
14205 SE 36th Street Suite 100
Bellevue, WA 98006
(425) 463-5777

109. Respondent denies paragraph 109.
110. Respondent denies paragraph 110.
111. Respondent denies paragraph 111.
112. Respondent denies paragraph 112.
113. Respondent denies paragraph 113.
114. Respondent denies paragraph 114.
115. Respondent agrees paragraph 115.
116. Respondent denies paragraph 116.
117. Respondent denies paragraph 117.
118. Respondent denies paragraph 118.
119. Respondent denies paragraph 119.
120. Respondent does not have sufficient information to admit or deny paragraph 120 so Respondent denies paragraph 120 of Petitioner's Petition.
121. Respondent denies paragraph 121.
122. Respondent denies paragraph 122.
123. Respondent denies paragraph 123.
124. Respondent denies paragraph 124.
125. Respondent denies paragraph 125.
126. Respondent denies paragraph 126.
127. Respondent denies paragraph 127.
128. Respondent denies paragraph 128.
129. Respondent denies paragraph 129.
130. Respondent denies paragraph 130.
131. Respondent denies paragraph 131.
132. Respondent admits paragraph 132.
133. Respondent denies paragraph 133.

RESPONDENT'S ANSWER,

Page 7 of 11

**ENRIGHT LAW APC**
14205 SE 36th Street Suite 100
Bellevue, WA 98006
(425) 463-5777

134. Respondent denies paragraph 134.

135. Respondent denies paragraph 135.

136. Respondent denies paragraph 136.

137. Respondent admits paragraph 137.

138. Respondent admits paragraph 138.

139. Respondent admits paragraph 139.

140. Respondent does not have sufficient information to admit or deny paragraph 140 so Respondent denies paragraph 140 of Petitioner's Petition.

141. Respondent does not have sufficient information to admit or deny paragraph 141 so Respondent denies paragraph 141 of Petitioner's Petition.

142. Respondent does not have sufficient information to admit or deny paragraph 142 so Respondent denies paragraph 142 of Petitioner's Petition.

143. Respondent denies paragraph 143.

144. Respondent denies paragraph 144.

145. Respondent denies paragraph 145.

146. Respondent denies paragraph 146.

147. Respondent denies paragraph 147.

148. Respondent denies paragraph 148.

149. Respondent denies paragraph 149.

150. Respondent denies paragraph 150.

151. Respondent denies paragraph 151.

### V.    PROVISIONAL REMEDIES

152. Respondent denies paragraph 152.

153. Respondent denies paragraph 153.

### VI.    ATTORNEY'S FEES AND COSTS

154. Respondent denies paragraph 154.

RESPONDENT'S ANSWER,

Page 8 of 11

ENRIGHT LAW APC
14205 SE 36th Street Suite 100
Bellevue, WA 98006
(425) 463-5777

155. Respondent denies paragraph 155.

156. Respondent denies paragraph 156.

### VII. AFFIRMATIVE DEFENSES

By way of Affirmative Defenses, Respondent alleges as follows:

1. Respondent was being abused by Petitioner's voluntary behavior which caused her to fear there would be grave risk of harm for her and/or EMM at the hands of Petitioner.

2. Respondent feared grave danger and or harm to herself or EMM if she remained in Japan.

3. Respondent feared grave imminent harm to herself or EMM if she remained in Japan.

4. EMM is well settled in her new environment in Washington.

5. Respondent is employed and is obtaining financial stability in Washington.

6. EMM has substantial connections including family in Washington.

7. EMM is thriving in Washington.

8. The travel to Japan was temporary in nature and not meant to be permanent or longer than the Petitioner's end of contract for employment in early 2026.

9. E.M.M. is a toddler and as a result did not assimilate to the Japanese culture such that it would be a hardship for her to leave.

10. Respondent exhausted all available remedies, as she had limited access to resources being a dependent of a government contractor, available in Japan to assist her to leave the abusive relationship including making a report to the Family Advocacy Program. The Findings were issued.
RESPONDENT'S ANSWER,

Page 9 of 11

**ENRIGHT LAW APC**
14205 SE 36th Street Suite 100
Bellevue, WA 98006
(425) 463-5777

11. Respondent did not fall under the UCCJEA Jurisdiction for Japan and Respondent had no rights in Japan to be able to leave the abuse.

12. Respondent lacked fundamental rights, human rights and basic liberties in Japan.

13. The parties moved their residence from Colorado to Washington prior to leaving for Japan. Washington is their resident state in the United States.

14. Japan was not a habitual residence for EMM or the family.

15. Primary care (medical) was not available to EMM or Respondent.

**WHEREFORE,** having fully answered the allegations contained in Petitioner's Petition, Respondent prays as follows:

1. That Petitioner's claims be dismissed with prejudice.

2. That Respondent be awarded its attorneys' fees and costs herein; and

3. For such other and further relief as the court may deem just and equitable.

## RESERVATION

Although Answering Respondents have appeared and answered the allegations contained in Petitioner's Petition, discovery is ongoing, and therefore, Answering Respondent reserves the right to amend their answer to allege additional affirmative defenses.

DATED this 29th day of August 2025.

_____
MARIANNE K. JONES WSBA #21034
Attorney for Respondent

RESPONDENT'S ANSWER,

Page 10 of 11

ENRIGHT LAW APC
14205 SE 36th Street Suite 100
Bellevue, WA 98006
(425) 463-5777

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

RESPONDENT'S ANSWER,

Page 11 of 11

**ENRIGHT LAW APC**
14205 SE 36th Street Suite 100
Bellevue, WA 98006
(425) 463-5777