The Honorable Tana Lin

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

CARLOS ALFREDO MARTINEZ,

    Petitioner,

vs.

EMILY FRANCES MARTINEZ,

    Respondent,

**No.** 2:25-cv-01375-TL

**PETITIONER'S RESPONSES TO RESPONDENT'S AFFIRMATIVE DEFENSES**

## PETITIONER'S RESPONSES TO RESPONDENT'S AFFIRMATIVE DEFENSES

1. Petitioner lacks knowledge to admit or deny factual allegations, if any may be found in 1 of Respondent's affirmative defenses. Further, Respondent denies there was ever any abuse, as implied by 1 of Respondent's affirmative defenses.

PETITIONER'S RESPONSES TO RESPONDENT'S AFFIRMATIVE DEFENSES
No. 2:25-cv-01375-TL

p. **1** of **3**

David N. Schaffer
Schaffer Family Law, Ltd.
2020 Calamos Ct.
Ste 200
Naperville IL 60563

2. Petitioner lacks knowledge to admit or deny factual allegations, if any may be found in 2 of Respondent's affirmative defenses.

3. Petitioner lacks knowledge to admit or deny factual allegations, if any may be found in 3 of Respondent's affirmative defenses.

4. Petitioner lacks knowledge to admit or deny factual allegations, if any may be found in 4 of Respondent's affirmative defenses.

5. Petitioner lacks knowledge to admit or deny factual allegations, if any may be found in 5 of Respondent's affirmative defenses.

6. Petitioner lacks knowledge to admit or deny factual allegations, if any may be found in 6 of Respondent's affirmative defenses.

7. Petitioner lacks knowledge to admit or deny factual allegations, if any may be found in 7 of Respondent's affirmative defenses.

8. Petitioner denies the allegations of 8 of Respondent's affirmative defenses.

9. Petitioner lacks knowledge to admit or deny factual allegations, if any may be found in 9 of Respondent's affirmative defenses.

10. Petitioner lacks knowledge to admit or deny factual allegations, if any may be found in 10 of Respondent's affirmative defenses. Further, Respondent denies there was an abusive relationship, as implied by 10 of Respondent's affirmative defenses.

11. Petitioner lacks knowledge to admit or deny factual allegations, if any may be found in 11 of Respondent's affirmative defenses. Further, Respondent denies there was ever any abuse, as implied by 11 of Respondent's affirmative defenses.

12. Petitioner denies the allegations of 12 of Respondent's affirmative defenses.

13. Petitioner denies the allegations of 13 of Respondent's affirmative defenses.

14. Petitioner denies the allegations of 14 of Respondent's affirmative defenses.

PETITIONER'S RESPONSES TO RESPONDENT'S AFFIRMATIVE DEFENSES
No. 2:25-cv-01375-TL

p. **2** of **3**

David N. Schaffer
Schaffer Family Law, Ltd.
2020 Calamos Ct.
Ste 200
Naperville IL 60563

15. In answer to 15 of Petitioners affirmative defenses Petitioner denies that the parties and E.M.M. did not have access to medical care.

s/Lisa A. Sharpe
Lisa A. Sharpe, WSBA No. 21047
Lasher Holzapfel Sperry & Ebberson PLLC
601 Union Street, Suite 2600
Seattle, WA 98101
206-654-2404
sharpe@lasher.com

Faye E. Washburn, WSBA No. 62967
Lasher Holzapfel Sperry & Ebberson PLLC
601 Union Street, Suite 2600
Seattle, WA 98101
206-654-2402
fwashburn@lasher.com

David N. Schaffer
Pro Hac Vice
Schaffer Family Law, Ltd.
2020 Calamos Court, Suite 200
Naperville, IL 60563
(630) 567-5366
Schaffer@familylawltd.com

ATTORNEYS FOR PETITIONER
CARLOS MARTINEZ

Served on Respondent via ECM/CF

PETITIONER'S RESPONSES TO RESPONDENT'S AFFIRMATIVE DEFENSES
No. 2:25-cv-01375-TL

p. **3** of 3

David N. Schaffer
Schaffer Family Law, Ltd.
2020 Calamos Ct.
Ste 200
Naperville IL 60563