UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS ALFREDO MARTINEZ,<br><br>　　　　　　　　Petitioner,<br>　　v.<br><br>EMILY FRANCES MARTINEZ,<br><br>　　　　　　　　Respondent. | CASE NO. 2:25-cv-01375-TL<br><br>MINUTE ORDER |

　　　　On September 10, 2025, Petitioner filed a motion to strike certain portions of Respondent's affirmative defenses. Dkt. No. 35. Pursuant to Local Civil Rule 7(d)(3), the response to Petitioner's motion was due September 25, 2025. Without moving for leave to file a late response or providing any explanation for the untimely response, Respondent filed an opposition to Petitioner's motion on October 3, 2025—eight days late. Dkt. No. 41.

　　　　The Court could strike Respondent's opposition as untimely. However, as Courts prefer to decide cases on their merits, and the evidentiary hearing in this case is over six weeks away, the Court will consider Respondent's opposition. The Court cautions Respondent's counsel that

MINUTE ORDER – 1

any future late filings may be summarily stricken or denied. Further, the Court will re-note the motion to Monday, October 13, 2025, to give Petitioner an opportunity to file a reply.

Therefore, the Court ORDERS:

1. Should Petitioner wish to file a reply to Respondent's opposition to his motion, any reply SHALL be filed **no later than October 13, 2025.**

2. The Clerk is DIRECTED to re-note Petitioner's motion to strike (Dkt. No. 35) to October 13, 2025.

Dated this 6th day of October, 2025.

Tana Lin
United States District Judge

MINUTE ORDER – 2