The Honorable Tana Lin

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

CARLOS ALFREDO MARTINEZ,          )
                                  )
              Petitioner,          )   **Case No.** 2:25-cv-01375-TL
                                  )
vs.                               )   [~~PROPOSED~~] ORDER GRANTING THE
                                  )   AGREED MOTION FOR EXTENSION OF
EMILY FRANCES MARTINEZ,            )   DEADLINE FOR SUBMISSION OF PROPOSED
                                  )   FINDINGS OF FACT AND CONCLUSIONS OF
                                  )   LAW
              Respondent.          )
                                  )
                                  )
_____)

## **PROPOSED ORDER**

THIS MATTER having come before the Court upon the Agreed Motion for Extension of

Deadline for Submission of Proposed Findings of Fact and Conclusions of Law due on March 5,

2026. This Court having reviewed all pleadings in support of the Motion; and the Court being fully

~~PROPOSED~~ ORDER GRANTING THE AGREED
MOTION FOR EXTENSION OF DEADLINE FOR
SUBMISSION OF PROPOSED FINDINGS OF FACT
AND CONCLUSIONS OF LAW

p. **1** of **3**

David N.  Schaffer
Schaffer Family Law,
Ltd.
2020 Calamos Ct.
Ste 200
Naperville IL 60563

advised on the premises; and the Court finding that there is good cause to allow for a 5-day extension to the deadline for submission of proposed Findings of Fact and Conclusions of Law; NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Agreed Motion for Extension of Deadline for submission of proposed Findings of Fact and Conclusions of Law is **GRANTED**. The deadline for submission of proposed Findings of Fact and Conclusions of Law is now set for March 10, 2026.

DATED this 4th of March 2026.

_____

Tana Lin
United States District Judge

Presented by:

ENRIGHT LAW APC

_____

Marianne K. Jones, WSBA #21034
14205 SE 36th Street, Suite 100
Bellevue, WA 98005
(425) 436-5777
mkj@enrightlawapac.com

ATTORNEY FOR RESPONDENT

PROPOSED ORDER GRANTING THE AGREED
MOTION FOR EXTENSION OF DEADLINE FOR
SUBMISSION OF PROPOSED FINDINGS OF FACT
AND CONCLUSIONS OF LAW

p. **2** of **3**

David N. Schaffer
Schaffer Family Law, Ltd.
2020 Calamos Ct.
Ste 200
Naperville IL 60563

LASHER HOLZAPFEL
SPERRY & EBBERSON PLLC


 s/Lisa Ann Sharpe
Lisa A. Sharpe, WSBA #21047
Faye E. Washburn, WSBA #62967
Lasher Holzapfel Sperry & Ebberson PLLC
601 Union Street, Suite 2600
Seattle, WA  98101
206-654-2404; sharpe@lasher.com


David N. Schaffer
Pro Hac Vice
Schaffer Family Law, Ltd.
2020 Calamos Court, Suite 200
Naperville IL 60563
*(630) 567-5366*
*Schaffer@familylawltd.com*
ATTORNEYS FOR PETITIONER

PROPOSED ORDER GRANTING THE AGREED
MOTION FOR EXTENSION OF DEADLINE FOR
SUBMISSION OF PROPOSED FINDINGS OF FACT
AND CONCLUSIONS OF LAW

p. **3** of **3**

David N.  Schaffer
Schaffer Family Law, Ltd.
2020 Calamos Ct.
Ste 200
Naperville IL 60563